09-2048-ag
Weng v. U.S. DOJ

BIA
Hom, IJ
A094 923 040

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of April, two thousand ten.

PRESENT:
> RALPH K. WINTER,
> REENA RAGGI,
> DEBRA ANN LIVINGSTON,
>> *Circuit Judges.*

_____

CAI WENG,
> *Petitioner*,

> v.                                                    09-2048-ag
>                                                        NAC

U.S. DEPARTMENT OF JUSTICE,
ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL, AND IMMIGRATION AND
NATURALIZATION SERVICE,
> *Respondents*.

_____

FOR PETITIONER:          Cai Weng, *pro se*, Bellmore, New York.

FOR RESPONDENTS:         Tony West, Assistant Attorney General, Civil Division; Ada E. Bosque, Senior Litigation Counsel, Office of Immigration Litigation,

**Civil Division; Theo Nickerson, Trial Attorney, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C.**

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Cai Weng, a native and citizen of the People's Republic of China, seeks review of an April 20, 2009, order of the BIA affirming the September 27, 2007, decision of Immigration Judge ("IJ") Sandy Hom denying his application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Cai Weng*, No. A094 923 040 (B.I.A. Apr. 20, 2009), *aff'g* No. A094 923 040 (Immig. Ct. N.Y. City Sept. 27, 2007). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Under the circumstances of this case, we review the decision of the IJ as supplemented by the BIA. *See Yan Chen v. Gonzales*, 417 F.3d 268, 271 (2d Cir. 2005). The applicable standards of review are well-established. *Corovic v. Mukasey*, 519 F.3d 90, 95 (2d Cir. 2008); *Salimatou Bah v. Mukasey*, 529 F.3d 99, 110 (2d Cir. 2008).

2

The IJ found that Weng was not credible.  The BIA dismissed Weng's appeal, affirming the IJ's credibility determination.  However, even construing his *pro se* aguments broadly, *Steevenez v. Gonzales*, 476 F.3d 114, 118 (2d Cir. 2007), Weng does not mention, much less challenge, the IJ's adverse credibility determination.  Accordingly, Weng has waived any such argument.  *See Yueqing Zhang v. Gonzales*, 426 F.3d 540, 545 n.7 (2d Cir. 2005).  Because the only evidence that Weng would be persecuted or tortured depended on his credibility, his failure to challenge that finding is dispositive of his petition for review.  *See Paul v. Gonzales*, 444 F.3d 148, 156 (2d Cir. 2006); *Xue Hong Yang v. U.S. Dep't of Justice*, 426 F.3d 520, 523 (2d Cir. 2005).

For the foregoing reasons, the petition for review is DENIED.  As we have completed our review, any pending motion for a stay of removal in this petition is DISMISSED as moot. Any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3